

U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*     Telephone: *(612) 664-5600*
*300 South Fourth Street*                 Fax: *(612) 664-5787*
*Minneapolis, MN 55415*

**VIA ECF**                                                September 6, 2022

The Honorable David T. Schultz
Diana E. Murphy United States Courthouse
300 South Fourth Street
Courtroom 9E
Minneapolis, MN 55415

     Re:   *United States v. $55,220.00 in U.S. Currency, et al*
           Misc. No. 22-33 (NEB/DTS)

Dear Judge Schultz:

    I am writing to inform the Court that the United States and Claimant David Michael Ramirez have reached a settlement in this matter and there are no other pending claims to the defendant properties. Due to the settlement, the United States will not file a forfeiture complaint against the defendant properties and the miscellaneous case can be closed without further action.

    Please do not hesitate to contact me if the Court has questions or would like any additional information.

                               ANDREW M. LUGER
                               United States Attorney

                               s/*Craig Baune*
                               BY: CRAIG R. BAUNE
                               Assistant U.S. Attorney